## NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

**03-1533**

**JASON C. SAVOY AND BURMALYN SAVOY**

**VERSUS**

**COREY JACKSON, ET AL.**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NUMBER 2001-2319
HONORABLE J. BYRON HEBERT, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**BILLIE COLOMBARO WOODARD**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Billie Colombaro Woodard, and Michael G. Sullivan, Judges.

**AFFIRMED.**

Jeffery F. Speer
Julian Louis Gibbens, III
Doucet & Speer
Post Office Box 4303
Lafayette, LA 70502-4303
(337) 232-0405
Counsel for Plaintiffs/Appellants:
        Jason C. Savoy
        Burmalyn Savoy

Howard C. Dejean
111 North Court Street
Opelousas, LA 70571
(337) 942-1149
Counsel for Defendants/Appellees:
        Corey Jackson
        Jackson Properties